# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

Robert Lulgjuraj

        Debtor
_____/

Chapter 13

Case Number 11-58050

Honorable: Steven W. Rhodes

## NOTICE OF APPEARANCE

Please take notice that Orlans Associates, P.C. at P.O. Box 5041, Troy, MI 48007-5041 has been retained as Attorney for Creditor Federal National Mortgage Association, in the entitled action. Copies of all further communications, pleadings, court notices and other papers should be served upon the undersigned as attorney of record.

                                                  Respectfully Submitted,

Date: July 6, 2011                  By: /s/ Craig B. Rule
                                                   Heather M. Dickow, Esq. P64757
                                                     Heather D. McGivern, Esq. P59393
                                                     Elizabeth M. Abood-Carroll, Esq. P46304
                                                     Craig B. Rule, Esq. P67005
                                                     Orlans Associates, P.C.
                                                     Attorneys for Creditor
                                                     PO Box 5041
                                                     Troy, MI 48007-5041
                                                     248-502-1400
                                                     Email: crule@orlans.com
                                                     File Number: 310.9829